UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-10030-CIV-MARTINEZ/AOR

PAMELA and STUART KESSLER,

    Plaintiffs,

v.

CITY OF KEY WEST, a Florida Municipality,
*et al*.,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    **THE MATTER** was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation ("R&R") on any dispositive matters (DE 8). Magistrate Judge Otazo-Reyes filed an R&R on the Motion to Dismiss Second Amended Complaint filed by Defendants City of Key West, Ronald Ramsingh, George Wallace, James K. Scholl, Greg Veliz, Jim Young, Doug Bradshaw, Karen Olson and Mark Tait (DE 58). Judge Otazo-Reyes recommended that Defendants' Motion to Dismiss be granted. (DE 63). The Kesslers have filed objections, which the Court has afforded *de novo* review. After careful consideration, it is

    **ORDERED AND ADJUDGED** that United States Magistrate Judge Otazo-Reyes' well-reasoned Report and Recommendation (DE 63) is **AFFIRMED** and **ADOPTED**. Defendants' Motion to Dismiss Second Amended Complaint (DE 58) is **GRANTED**. The Clerk is directed to mark this case **CLOSED**.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of March, 2021.

                                                       _____
                                                       JOSE E. MARTINEZ
                                                       UNITED STATES DISTRICT JUDGE